■ In the Matter of the Arbitration between BOARD OF EDUCATION OF ALEXANDRIA CENTRAL SCHOOL DISTRICT, Appellant, and ALEXANDRIA CENTRAL FACULTY ASSOCIATION et al., Respondents. (Appeal No. 1.) [690 NYS2d 472] —Order unanimously affirmed without costs (*see, Matter of Board of Educ. [Watertown Educ. Assn.]*, 93 NY2d 132). (Appeal from Order of Supreme Court, Jefferson County, Gilbert, J.—Arbitration.) Present—Denman, P. J., Pine, Lawton, Hurlbutt and Balio, JJ.